433 A.2d 546

McGreevy, Appellant v. Carter.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County is sitting by designation.

Ar-
gued September 9, 1980.  F. Michael Friedman, for appel-
lant;  Walter D. Campbell, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.